## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                   **PLAINTIFF**

**V.**              **CASE NO. 4:20-CV-716-BRW-BD**

**DOMINIC BRUNER,** *et al.*                                       **DEFENDANTS**

### **ORDER**

I have received a Recommendation to deny Defendant Gorman's motion to dismiss. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in its entirety.

Defendant Gorman's motion to dismiss (Doc. No. 13) is DENIED.

IT IS SO ORDERED, this 8th day of September, 2020.

                                                    <u>Billy Roy Wilson</u>
                                                    UNITED STATES DISTRICT JUDGE