# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-716-BRW-BD**

**DOMINIC BRUNER,** *et al.*                                                         **DEFENDANTS**

## ORDER

The Court has received a Recommendation for the dismissal of Mr. McCoy's claims against Defendants Woods and Gorman, filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The Defendants' motion for partial summary judgment (Doc. No. 23) is GRANTED. Mr. McCoy's claims against Defendants Woods and Gorman are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies. Claims against Defendant Bruner will remain.

IT IS SO ORDERED this 23rd day of February, 2021.

                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE