IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**  **PLAINTIFF**

**V.**  **CASE NO. 4:20-CV-716-BRW-BD**

**DOMINIC BRUNER,** *et al.*  **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.  Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Billy Roy Wilson. The parties may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. And, if no objections are filed, the parties may waive the right to appeal questions of fact.

**II.  Discussion**

Mr. McCoy was an inmate at the W.C. "Dub" Brassell Detention Center when he filed this civil rights lawsuit on June 5, 2020. (Doc. No. 1) Mr. McCoy notified the Court of a change in his address on August 5, 2020, and again on January 11, 2021. (Doc. Nos. 17, 27) Mail sent from the Court to Mr. McCoy's latest address, however, was returned as "undeliverable." (Doc. No. 32) As Mr. McCoy is aware, the local rules require pro se plaintiffs to promptly notify the Court of any change in address so that the Court and

other parties can communicate with them. Local Rule 5.5(c)(2).

On March 11, the Court ordered Mr. McCoy to notify the Court of his current address within 30 days or risk dismissal of his complaint. (Doc. No. 33) To date, he has not responded to the Court's March 11 Order. Meanwhile, additional items of mail sent to Mr. McCoy have been returned to the Court as "undeliverable." (Doc. Nos. 34, 35) Defendant Bruner, the only remaining Defendant, has filed a motion to dismiss based on Mr. McCoy's failure to update his address and his failure to prosecute the claims he raised in this lawsuit. (Doc. No. 36)

**III.   Conclusion**

The Court recommends that Defendant Bruner's motion to dismiss (Doc. No. 36) be GRANTED. Mr. McCoy's claims should be DISMISSED, without prejudice, based on his failure to comply with the March 11 Order to notify the Court of his current address and his failure to prosecute this lawsuit.

DATED this 29th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE