# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                        **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-716-BRW-BD**

**DOMINIC BRUNER,** *et al.*                                       **DEFENDANTS**

## ORDER OF DISMISSAL

Magistrate Judge Beth Deere has filed a Recommendation for the dismissal of this lawsuit. The parties have not filed objections. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings.

Defendant Bruner's motion to dismiss (Doc. No. 36) is GRANTED. Mr. McCoy's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's March 11 Order and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 18th day of May, 2021.

                                           Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE