# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 4:20-CV-716-BRW-BD**

**DOMINIC BRUNER,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of May, 2021.

                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE